IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANTZ H. KINZER and JOHN W. CHERRY, | ) ) ) | Case No. _____ |
| Plaintiffs, | ) ) ) | (Case Pending in the Western District of Oklahoma, Civil Action No. 5:09-cv-01242) |
| v. | ) ) | |
| REMINGTON ARMS COMPANY, INC. and SPORTING GOODS PROPERTIES, INC., | ) ) ) ) | **MOTION TO QUASH SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** |
| Defendants. | ) ) ) | |

Thomas L. Millner ("Mr. Millner"), a non-party to this action, by and through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iv), moves this Court for an Order quashing the subpoena served upon him.

In support thereof, Mr. Millner states that appearing for deposition pursuant to the subpoena would subject him to undue burden as he has already provided sworn deposition testimony in another lawsuit against Remington Arms Company, Inc. in which he provided testimony on his knowledge of the Remington Model 700s bolt action rifles and Walker fire control systems, the matters at issue in the above-captioned lawsuit. Plaintiffs' law firm was present at that deposition and counsel of record for plaintiff in the prior-action.

Mr. Millner is now Chief Executive Officer of Cabela's, Inc. He no longer works in the firearm manufacturing industry, and has not worked in that industry since leaving Remington in March 2009. He has no additional or new information beyond the testimony previously provided. Remington has offered Mr. Millner's prior deposition testimony as if taken in the above-referenced case. Mr. Millner respectfully submits that subjecting him to a second

deposition on the same issues he has already provided testimony on would be duplicative and subject him to undue burden in light of his job responsibilities as an executive at Cabela's.

In further support of this Motion, Mr. Millner relies upon his Brief in Support of Motion to Quash and Index of Evidence submitted contemporaneously herewith.

WHEREFORE, Mr. Millner respectfully requests that this Court quash the subpoena issued by Plaintiffs in this matter.

Respectfully submitted this 25th day of February, 2011.

s/ Victoria H. Buter
Thomas H. Dahlk (#15371)
Victoria H. Buter (#23841)
HUSCH BLACKWELL LLP
1620 Dodge Street, Suite 2100
Omaha, NE  68102
Telephone:  (402) 964-5000
Facsimile:  (402) 964-5050
tom.dahlk@huschblackwell.com
vicki.buter@huchblackwell.com

ATTORNEYS FOR THOMAS MILLNER

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2011, I electronically filed the above using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Robert H. Alexander, Jr. | alexattys@productlaw.com |
| Robert W. Ivy | rwi@productlaw.com |
| John J. Love | jjl@productlaw.com |
| Max C. Tuepker | mtuepker@swbell.net |
| Timothy W. Monsees | tmonsees@mmmpalaw.com |
| Richard A. Ramler | richardramler@aol.com |
| Steven J. Adams | sadams@fellerssnider.com |
| Dale G. Wills | dwills@smbtrials.com |
| Anne E. Cohen | aecohen@debevoise.com |

I further certify that I sent a copy of the foregoing via U.S. Mail, postage pre-paid, to the following:

Max C. Tuepker
Max C. Tuepker PC
204 N. Robinson, 25th Floor
Oklahoma City, OK 73102

Richard A. Ramler
RAMLER LAW OFFICES PC
202 W. Madison Ave.
Belgrade, MT 59714

Steven J. Adams
Fellers Snider Blankenship Bailey & Tippens
321 S. Boston Ave., Suite 800
Tulsa, OK 74103-3318

Timothy W. Monsees
Monsees Miller Mayer Presley & Amick PC
4717 Grand Ave., Suite 820
Kansas City, MO 64112

John J. Love
Robert W. Ivy
Robert H. Alexander, Jr.
Law Office of Robert H. Alexander, Jr. PC
P.O. Box 868
120 N. Robinson Avenue, 24th Fl.
Oklahoma City, OK 73101-0868

Dale G. Wills
Swanson Martin & Bell
330 N. Wabash Ave., Suite 3300
Chicago, IL 606011

Anne E. Cohen
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

            s/ Victoria H. Buter