IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANTZ H. KINZER and JOHN W. CHERRY, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV75 |
| v. | ) ) | |
| | ) | ORDER |
| REMINGTON ARMS COMPANY, INC., and SPORTING GOODS PROPERTIES, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

   IT IS ORDERED that, pursuant to Magistrate Judge Thomas Thalken's Order of May 3, 2011 (Filing No. 26) denying the Motion to Quash Subpoena (Filing No. 1), this matter is resolved.  The Clerk's Office is ordered to close this case.

   DATED this 15th day of July, 2011.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              Chief United States District Judge